MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0949 RS |
|    Plaintiff, ) | |
|     ) | NOTICE OF DISMISSAL |
|    v. ) | |
|     ) | San Francisco Venue |
| GREGORY EALEY, II, ) | |
|    Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: September 11, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Miranda Kane

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

*United States v. Gregory Ealey, II*
NOTICE OF DISMISSAL (CR 11-0949 RS)

1 | Leave is granted to the government to dismiss the indictment. It is further ordered that the
2 | arrest warrant issued in connection with the indictment is quashed.

Date: 9/12/12

_____
HONORABLE RICHARD SEEBORG
United States District Judge

*United States v. Gregory Ealey, II*
NOTICE OF DISMISSAL (CR 11-0949 RS)    2